**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tommy Don Drew,<br><br>　　　　　Petitioner,<br>　vs.<br><br>Dora Schriro, et al.,<br><br>　　　　　Respondents. | No. CV-07-0491-PHX-PGR (GEE)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Edmonds notwithstanding that no party has filed any objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the petitioner did not file his habeas petition pursuant to 28 U.S.C. § 2254 until almost ten years after the expiration of the limitations period mandated by 28 U.S.C. § 2244(d).   Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #18) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that petitioner Drew's Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. § 2254 is denied as time-barred and that this action is dismissed.  The Clerk of the Court

/   /   /

shall enter judgment accordingly.

DATED this 24th day of March, 2008.

_____
Paul G. Rosenblatt
United States District Judge